DANIEL JOSEPH LICKEL [SBN 224510]
danlickel@hotmail.com
3533 Fairmount Avenue
San Diego, California 92105
(t) (619) 578-2787
(f) (619) 546-0792

Attorneys for Plaintiff
DOUG HA

THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant
THE JUDGE LAW FIRM, ALC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DOUG HA, | Case No. 8:16-cv-01587-JVS-AS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | Judge: Hon. James V. Selna |
| THE JUDGE LAW FIRM, A Law Corporation, | Magistrate Judge: Alka Sagar |
| Defendant. | |

1  TO THE COURT:

2      PLEASE TAKE NOTICE that Plaintiff Doug Ha and Defendant The Judge
3  Law Firm, ALC. have agreed to settle all claims in this matter.  The parties expect a
4  dismissal of this action, with prejudice, to be filed within 75 days.
5      The parties request that the pretrial and trial dates, including the settlement
6  conference currently scheduled for August 17, 2017 before Judge Sagar, be vacated
7  in light of the settlement.

8  DATED:  August 9, 2017        SOLOMON WARD SEIDENWURM &
                                  SMITH, LLP
9

10

11                    By: *s/ Thomas F. Landers*
                          THOMAS F. LANDERS
12                        Attorneys for Defendant
                          THE JUDGE LAW FIRM, ALC
13